**Order issued October 26, 2018**



In The

# Court of Appeals

For The

# First District of Texas

_____

NO. 01-18-00249-CV

_____

**CITY OF HOUSTON, OSCAR ORTEGA, ROGGIE LAW, STEVEN MURDOCK, AND DON EGDORF, Appellant**

**V.**

**ALAN PEAN, Appellee**

On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2016-43519

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **a video attached to defendants' motion for summary judgment filed January 2, 2018, as Exhibit P, "Videos of SJMC Hallway Outside Room 834 and Pean MVA."**

The exhibit clerk of the 127th District Court is directed to deliver to the Clerk of this court the original of a video attached to defendants' motion for summary judgment filed January 2, 2018, as Exhibit P, "Videos of SJMC Hallway Outside Room 834 and Pean MVA,", on or before **5:00pm, October 31, 2018.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the original of a video attached to defendants' motion for summary judgment filed January 2, 2018, as Exhibit P, "Videos of SJMC Hallway Outside Room 834 and Pean MVA,", to the clerk of the 127th District Court.

**PER CURIAM**